J. F. ALEXANDER ET AL. v. J. C. LOWRANCE ET AL.

(Filed 7 December, 1921.)

**Schools—Bonds—School Committees—County Treasurer—Injunction.**

Where it has been judicially determined that the treasurer of an incorporated city or town has unlawfully retained and refuses to pay over to a school district funds in his hands, received from the sale of bonds for school purposes, the city or town will be restrained from proceeding to use the funds in the construction of schoolhouses, at the suit of the members of the board of school districts having the right thereto.

APPEAL by defendant from *Shaw, J.*, 15 September, 1921, from RUTHERFORD.

Appeal by the defendants from a judgment restraining the defendants from erecting a school building in the town of Forest City. The plaintiffs alleged that the proceeds of the bonds were in the hands of the town treasurer; that the treasurer of the graded school committee was entitled to the fund as the lawful depositary; that the defendants had prepared plans and specifications for the erection of the building, and were ready to proceed with its construction; and that the defendants' attempted expenditure of the fund was wrongful and unlawful. The answer of the defendants was practically the same as the answer filed by them denying the right of the plaintiffs to the mandamus.

*R. R. Blanton and Ryburn & Hoey for plaintiffs.*
*Solomon Gallert for defendants.*

ADAMS, J. The disposition of this case is governed by the decision adjudging the plaintiffs entitled to the writ of mandamus. We have held that the plaintiffs are entitled to the proceeds arising from the sale of the bonds, and it follows as a corollary that the plaintiffs are entitled to have the fund protected from expenditure by the defendants. The judgment continuing the restraining order is therefore
Affirmed.